```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____5/5/2026____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUNAI CHOI,

                Plaintiff,

       -against-

SOCIAL SECURITY ADMINISTRATION
COMMISSIONER,

                Defendants.

26-cv-1226 (KHP)

**SCHEDULING ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       The Court is in receipt of Plaintiff's request for an extension dated May 1, 2026.  The

Plaintiff's request for an extension is GRANTED. Plaintiff's Brief is due by **June 19, 2026.**

Defendant's Brief is due by **August 18, 2026.** Plaintiff's Reply if any, is due by **September 1,**

**2026.**

       **SO ORDERED.**

Dated: May 5, 2026
      New York, New York

_____
   KATHARINE H. PARKER
   United States Magistrate Judge